UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| TERI SUZANE AGETON,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS JEROME HOPKINS and TEAM BIONDI, LLC,<br><br>Defendants. | 4:21-cv-21-4148<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL |

Plaintiff Teri Suzane Ageton, through her counsel, for her Complaint against Defendants Nicholas Jerome Hopkins and Team Biondi, LLC, states:

**Parties**

1. Plaintiff Teri Suzanne Ageton ("Teri") is, and at all relevant times was, a resident of Brandon, Minnehaha County, South Dakota.

2. Defendant Nicholas Jerome Hopkins ("Hopkins") is a resident of the State of Pennsylvania.

3. Defendant Team Biondi, LLC ("Team Biondi") is a limited liability company that is incorporated in Pennsylvania, with its principal place of business also in Pennsylvania, and its members residence also being in Pennsylvania.

**Jurisdiction and Venue**

4. This Court has jurisdiction under 28 U.S.C. § 1332, diversity of citizenship.

5. The damages at issue exceed $75,000.

6. This Court is the proper venue under 28 U.S.C. § 1391(b)(2).

4:21-cv-_____
Complaint and Demand for Jury Trial

## Background and Facts

7. On February 1, 2019, Hopkins was operating a 2020 Kenworth-KEWT TT, VIN no. 1XKYDP9X2GJ115451 ("the truck").

8. Hopkins was working as an agent or employee of Team Biondi and was acting within the course and scope of his employment.

9. Team Biondi owned the truck.

10. Team Biondi authorized Hopkins to drive and operate the truck.

11. Hopkins was driving the truck east on Interstate 90 near mileposts 399 and 400 in Sioux Falls, South Dakota.

12. Hopkins estimated his speed of travel to be 70 mph. A true and correct copy of the accident report is attached to this Complaint as **Exhibit 1**.

13. The speed limit was 65 mph.

14. Teri was also driving east on Interstate 90.

15. Hopkins collided with the rear of the vehicle that Teri was driving.

16. As a result of the collision, Teri's vehicle ended up in the median.

17. As a direct and proximate result of this crash, Teri has experienced physical pain and suffering, mental anguish, fear of imminent death, loss of enjoyment of life, disability, general weakening of the body, emotional distress and embarrassment, inconvenience, general damages in an amount to be determined by the trier of fact, medical expenses in excess of $25,000, lost income, and other special damages in an amount yet to be determined. Some losses are permanent or continuing and she will continue to suffer losses in the future.

4:21-cv-_____
Complaint and Demand for Jury Trial

## Count 1
### *Negligence*

18. Teri Ageton restates the preceding paragraphs of this Complaint as though fully set forth herein.

19. Hopkins negligently, carelessly, and illegally operated the truck, thereby causing the collision involving the parties to this lawsuit on February 1, 2019.

20. Hopkins was speeding.

21. Hopkins failed to drive the truck "as nearly as practicable entirely within a single lane and may not be moved from such lane until the driver has first ascertained that such movement can be made with safety" as required by SDCL § 32-26-6.

22. Among other negligent or dangerous acts, Hopkins was driving without due caution, failed to keep a proper watch, failed to keep a reasonable distance, operated the truck without regard to the presence or physical safety of the public, including Teri, and failed to control the truck, causing him to crash into Teri's vehicle.

23. As a direct and proximate result of Hopkin's negligence, Teri has experienced, and will experience in the future, lost wages, pain and suffering, mental anguish, loss of enjoyment of life, disability, emotional distress, anguish and embarrassment and other damages in an amount to be determined by a jury.

24. Team Biondi is liable for the torts of Hopkins under the doctrine of respondeat superior for the damages Teri has suffered and will suffer because of the crash.

4:21-cv-_____
Complaint and Demand for Jury Trial

25. As a direct and proximate result of the negligence and carelessness of Hopkins, Teri Ageton sustained the damages described above, for which Hopkins and Team Biondi are jointly, severably, directly, and/or vicariously liable.

## Count 2
### *Negligence Per Se*

26. Teri restates the preceding paragraphs of this Complaint as though fully set forth herein.

27. Law enforcement cited Hopkins for violating SDCL § 32-26-6 (Lane driving required—Changing lanes—Violation as misdemeanor).

28. SDCL § 32-26-6 is designed to protect the public safety of travelers on public roads and highways.

29. Teri is a member of the class of people meant to be protected by SDCL § 32-26-6.

30. Hopkins admitted to violating SDCL § 32-26-6 by pleading guilty to the citation.

31. Hopkins violated SDCL § 32-26-6.

32. Teri has suffered injuries that are permanent and disabling which required, and will require in the future, medical treatment and accompanying medical expenses.

33. As a direct and proximate result of Hopkin's negligence, Teri has experienced, and will experience in the future, lost wages, pain and suffering, mental anguish, loss of enjoyment of life, disability, emotional distress, anguish and embarrassment and other damages in an amount to be determined by a jury.

34. Team Biondi is liable for the torts of Hopkins under the doctrine of respondeat superior for the damages Teri has suffered and will suffer because of the collision.

35. As a direct and proximate result of the negligence and carelessness of Hopkins, Teri sustained the damages described above, for which Hopkins and Team Biondi are jointly, severably, directly, and/or vicariously liable.

### Count 3
*Respondeat Superior*

36. Teri restates the preceding paragraphs of this Complaint as though fully set forth herein.

37. The collision and resulting injuries and damages to Teri were caused solely by the negligence of Hopkins.

38. Hopkins was operating the truck on behalf of Team Biondi.

39. The collision with Teri occurred within the course and scope of Hopkins' employment with Team Biondi.

40. Hopkins was operating the truck for the benefit of, or in furtherance of the interests of, Team Biondi.

41. Hopkins' actions when he struck Teri's vehicle were reasonably foreseeable and, thus, imputable to Team Biondi under the doctrine of respondeat superior.

42. As a result of Hopkins's negligence, Team Biondi is vicariously liable for Hopkins's negligent acts.

### Requested Relief

Teri Ageton requests the following relief:

1. Enter judgment in Teri's favor.

2. Award Teri's damages, plus pre- and post-judgment interest to the fullest extent allowed by law.

4:21-cv-_____
Complaint and Demand for Jury Trial

3. Award attorneys' fees, disbursements, and costs as allowed by law.

4. Grant such other further relief as the Court deems appropriate under the circumstances.

## Demand for Jury Trial

Teri Ageton respectfully demands a trial by jury on all issues so triable.

Dated: August 25, 2021.

                                          FULLER, WILLIAMSON, NELSEN
                                          & PREHEIM, LLP

                                          _____
                                          Derek A. Nelsen
                                          Eric T. Preheim
                                          7521 South Louise Avenue
                                          Sioux Falls, SD 57108
                                          (605) 333-0003
                                          dnelsen@fullerandwilliamson.com
                                          epreheim@fullerandwilliamson.com
                                            *Attorneys for Plaintiff*

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
TERI SUZANE AGETON

**(b)** County of Residence of First Listed Plaintiff   Minnehaha, County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Derek A. Nelsen and Eric T. Preheim
Fuller & Williamson, LLP, 7521 S. Louise Ave., Sioux Falls, SD 57108
(605) 333-0003

## DEFENDANTS
NICHOLAS JEROME HOPKINS and TEAM BIONDI, LLC

County of Residence of First Listed Defendant   State of Pennsylvania
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332
Brief description of cause:
Plaintiff alleges injuries and damages sustained as a result of motor vehicle collision caused by Def. Hopkins.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE   08/25/2021
SIGNATURE OF ATTORNEY OF RECORD   */s/ Derek Nelsen/*

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

| STATE OF SOUTH DAKOTA INVESTIGATOR'S MOTOR VEHICLE TRAFFIC ACCIDENT REPORT | | Mail to: Office of Accident Records, 118 W. Capitol Ave., Pierre, SD 57501 | |
|---|---|---|---|
| | | TraCS ID: **153366-099** | TraCS Sequence: **1902050021** |
| Form DPS - AR1 12/12/2014 | | Agency Use | Report Type |
| Is this only a Wild Animal Hit Report? | Agency Name **SD HIGHWAY PATROL** | Date of Accident **02/01/2019** | Time of Accident **18:55 Hrs.** |
| Reporting Officer Last Name **SIEVE** | Reporting Officer First Name **LUCAS** | Reporting Officer Middle Name | Reporting Officer # **099-153366** |

**LOCATION**

| Location Description **ON I 90 E 0.22 MILES WEST OF I 90 E1** | | | |
|---|---|---|---|
| Latitude **43.605644** | | Longitude **-96.701745** | |
| County **50** | County Name **50 - MINNEHAHA** | City or Rural **1225 - Sioux Falls** | Roadway Surface Condition **03 - Snow** |
| On Road, Street, or Highway **I 90 E** | | | Roadway Surface Type **01 - Concrete** |
| At Intersection with | | | Roadway Align/Grade **01 - Straight and level** |
| Distance **0.4567** | Units **Miles/Tenths** | Direction of **East** | MRM (milepost) **399.56** | Relation to Junction **05 - Intersection related** |
| Distance | Units | Direction and | Distance | Units | Direction of |
| Junction or Intersecting Street | | Name of Junction, Road, Street, or Highway | |

**Exhibit 1-1**

| | | | |
|---|---|---|---|
| Unit Type **01 - Motor vehicle in transport with driver** | | | Hit and Run **02 - No** |
| Driver's Name - Last **HOPKINS** | First **NICHOLAS** | | Middle **JEROME** |
| Address **13 PLUM PL** | | Address (Line 2) | |
| City **SCRANTON** | State **PA** | Zip **18509** | Date of Birth **02/25/1959** | Sex **1 - Male** |
| | | Non - Motorist Location **96 - Not Applicable** | |
| Phone **5708801195** | DL State **PA** | DL Class **A** | Non - Motorist Action **96 - Not Applicable** |
| DL Status **01 - Normal within restrictions** | | Non - Motorist Contributing Circumstances (Up to Two) **96 - Not Applicable** | |
| Driver Contributing Circumstances (Up to Two) **01 - Failed to yield to vehicle** | | Drug Use **00 - None used** | Drug Test **02 - Test not given** |
| Vision Contributing Circumstance **01 - Weather condition** | | Alcohol Use **00 - None used** | Alcohol Test **91 - Test not given** |
| Injury Status **05 - No injury** | | Ejection **00 - Not ejected** | |
| Saftey Equipment **03 - Lap belt and shoulder harness used** | | Citation Charge? **01 - Yes** | |
| | | Citation #1 **32-26-6 - LANE DRIVING REQUIRED / ILLEGAL LANE CHANGE** | |
| Seating Position **01 - Operator** | | | |
| Air Bag Deployed **00 - Not deployed** | | Citation #2 | |
| Transported To | | Citation #3 | |
| Source of Transport **00 - Not Transported** | | Citation #4 | |
| Is Driver the Owner **No** | | | |

**UNIT 001**

| | | | |
|---|---|---|---|
| Owner's Name - Last **LLC** | First **TEAM** | | Middle **BIONDI** |
| Address **248 EASTON TURNPIKE LAKE** | | Address (Line 2) | |
| City **ARIEL** | State **PA** | Zip **18436** | Red Tag **A502086** |
| Year **2020** | Make **Kenworth - KEWT** | Model **TT** | VIN **1XKYDP9X2GJ115451** |
| License Plate # **AG48074** | State **PA** | Year **2019** | Estimated Travel Speed **70** | Speed - How Estimated? **02 - Driver Statement** |
| Speed Limit **65** | Total Occupants **1** | Damage Extent **01 - Minor Damage** | Vehicle Towed **02 - No** |
| Damage Amount (Vehicle and Contents) **200** | | Insurance Co. Name **21962 - PENNSYLVANIA INSURANCE COMPANY** | |
| Insurance Policy # **40088** | | Effective Date **04/13/2018** | Expiration Date **04/13/2019** |
| Emergency Vehicle Use? **02 - No** | | Vehicle Configuration **21 - Tractor/semi-trailer** | |
| Trailer Type **01 - Semi-trailer/double/triple** | | Cargo Body Type | |
| Direction of Travel Before Crash **03 - Eastbound** | | Trailer LP # Attached to Power Unit **PT074A4** | State **PA** | Year **2019** |
| Initial Point of Impact **01 - Position 1** | Most Damaged Area **01 - Position 1** | Trailer 2 License Plate # | State | Year |
| Underride/Override **00 - No underride or override** | | Trailer 3 License Plate # | State | Year |

**Exhibit 1-2**

| | |
|---|---|
| Traffic Control Device Type **00 - No controls** | Vehicle Contributing Circumstance **00 - None** |
| Vehicle Maneuver **01 - Straight ahead** | Road Contributing Circumstance **00 - None** |
| First Event **25 - Motor vehicle in transport** | Second Event |
| Third Event | Fourth Event |
| Most Harmful Event for this Vehicle **25 - Motor vehicle in transport** | |
| ? Does the accident involve one or more of the following:<br><br>- a truck having a GCWR of 10,001 or more pounds; OR<br>- a vehicle displaying a hazardous material placard; OR<br>- a vehicle designed to transport 9 or more people, including driver | ⬜ Did the accident result in one or more of the following:<br><br>- a fatality; OR<br>- an injury requiring transportation for immediate medical attention; OR<br>- a vehicle was disabled requiring a towaway from the scene |
| Accident Involved Vehicle - Purpose | Carrier Name |
| Street Address | Street Address (Line 2) |

| City | State | Zip | US DOT # **98** | GVWR | GCWR |
|---|---|---|---|---|---|
| Hazardous Material Released? | Hazardous Material Content Code | Hazardious Material Class Code | | Hazardous Materials Description | |

**Exhibit 1-3**

| UNIT 002 | | | | | |
|---|---|---|---|---|---|
| Unit Type **01 - Motor vehicle in transport with driver** | | | | | Hit and Run **02 - No** |
| Driver's Name - Last **AGETON** | | First **TERI** | | Middle **SUZANE** | |
| Address **109 W ALPINE CIR** | | | Address (Line 2) | | |
| City **BRANDON** | | State **SD** | Zip **57005** | Date of Birth **11/03/1964** | Sex **2 - Female** |
| | | | Non - Motorist Location **96 - Not Applicable** | | |
| Phone **6053102633** | DL State **SD** | DL Class **1** | Non - Motorist Action **96 - Not Applicable** | | |
| DL Status **01 - Normal within restrictions** | | | Non - Motorist Contributing Circumstances (Up to Two) **96 - Not Applicable** | | |
| Driver Contributing Circumstances (Up to Two) **00 - None** | | | Drug Use **00 - None used** | | Drug Test **02 - Test not given** |
| Vision Contributing Circumstance **00 - None** | | | Alcohol Use **00 - None used** | | Alcohol Test **91 - Test not given** |
| Injury Status **05 - No injury** | | | Ejection **00 - Not ejected** | | |
| Saftey Equipment **03 - Lap belt and shoulder harness used** | | | | | |
| Seating Position **01 - Operator** | | | Citation Charge? **02 - No** | | |
| Air Bag Deployed **00 - Not deployed** | | | Citation #1 | | |
| Transported To | | | Citation #2 | | |
| Source of Transport **00 - Not Transported** | | | Citation #3 | | |
| Is Driver the Owner **Yes** | | | Citation #4 | | |
| Owner's Name - Last **AGETON** | | First **TERI** | | Middle **SUZANE** | |
| Address 109 W ALPINE CIR | | | Address (Line 2) | | |
| City **BRANDON** | | State **SD** | Zip **57005** | Red Tag **A502083** | |
| Year **1999** | Make **Chevrolet - CHEV** | | Model **MONTE CARLO** | VIN **2G1WW12M4X9202993** | |
| License Plate # **1H6794** | | | State **SD** | Year **2019** | Estimated Travel Speed | Speed - How Estimated? **05 - No Estimate** |
| Speed Limit **65** | Total Occupants **1** | | Damage Extent **01 - Minor Damage** | | Vehicle Towed **02 - No** |
| Damage Amount (Vehicle and Contents) **2000** | | | Insurance Co. Name **25151 - STATE FARM GENERAL INSURANCE COMPANY** | | |
| Insurance Policy # **098 2738 A20 41G** | | | | Effective Date **01/20/2019** | Expiration Date **07/20/2019** |
| Emergency Vehicle Use? | | | Vehicle Configuration **01 - Passenger car** | | |
| Trailer Type **00 - No trailer/attachment** | | | Cargo Body Type **00 - No cargo body** | | |
| Direction of Travel Before Crash **03 - Eastbound** | | | Trailer LP # Attached to Power Unit | State | Year |
| Initial Point of Impact **08 - Position 8** | Most Damaged Area **08 - Position 8** | | Trailer 2 License Plate # | State | Year |
| Underride/Override **00 - No underride or override** | | | Trailer 3 License Plate # | State | Year |
| Traffic Control Device Type **00 - No controls** | | | Vehicle Contributing Circumstance **00 - None** | | |
| Vehicle Maneuver **01 - Straight ahead** | | | Road Contributing Circumstance **00 - None** | | |

Exhibit 1-4

| First Event **25 - Motor vehicle in transport** | Second Event **04 - Ran off road left** | | | |
|---|---|---|---|---|
| Third Event | Fourth Event | | | |
| Most Harmful Event for this Vehicle **25 - Motor vehicle in transport** | | | | |
| Does the accident involve one or more of the following:<br><br>• a truck having a GCWR of 10,001 or more pounds; OR<br>• a vehicle displaying a hazardous material placard; OR<br>• a vehicle designed to transport 9 or more people, including driver | Did the accident result in one or more of the following:<br><br>• a fatality; OR<br>• an injury requiring transportation for immediate medical attention; OR<br>• a vehicle was disabled requiring a towaway from the scene | | | |
| Accident Involved Vehicle - Purpose | Carrier Name | | | |
| Street Address | Street Address (Line 2) | | | |
| City | State | Zip | US DOT # **98** | GVWR | GCWR |
| Hazardous Material Released? | Hazardous Material Content Code | Hazardious Material Class Code | Hazardous Materials Description | | |

| Work Zone Related? **02 - No** | First Harmful Event? **25 - Motor vehicle in transport** |
|---|---|
| Workers Present? | Location of First Harmful Event **01 - On roadway** |
| Work Zone **96 - Not Applicable** | |
| Work Zone Location **96 - Not Applicable** | Trafficway Description **03 - Two-way, divided, unprotected (painted >4 feet) median** |
| Manner of Collision **04 - Sideswipe, same direction** | Light Condition **03 - Dark - lighted roadway** |
| School Bus Related? **00 - No** | Weather Conditions (up to two) **05 - Snow** |

| D O | Damaged Object (Property Other Than Vehicles) | | Estimate of Damage |
|---|---|---|---|
| A B | Owner's Full Name - Last | First Name | Middle Name |
| M J | Address | Address (Line 2) | |
| A E<br>G C<br>E T<br>D | City | State | Zip |

| I P | Unit # | Last Name | First Name | | Middle Name |
|---|---|---|---|---|---|
| N E | Address | | Address (Line 2) | | |
| J R | City | State | Zip | Date of Birth | Sex |
| U S | Injury Status | | Ejection | | |
| R O | Seating Position | | Safety Equipment | | |
| E N | Air Bag Deployed | | Source of Transport | | |
| D | Transported to | | EMS Trip # | | |

**Exhibit 1-5**



| NARRATIVE |
|---|
| UNIT 1 WAS TRAVELING EASTBOUND ON I 90 NEAR MILE MARKER 399 WHEN IT COLLIDED WITH THE REAR END OF UNIT 2 ON I 90. UNIT 2 CONTINUED INTO THE MEDIAN AND CAME TO A REST. |

| W | Last Name | | First Name | | Middle Name | |
|---|---|---|---|---|---|---|
| I | Address | | | | | |
| T | Address (Line 2) | | | | | |
| N E S S | City | | State | Zip | Phone # | |

| Date Notified **02/01/2019** | Time Notified **18:55** Hrs. | Date Arrived **02/01/2019** | Time Arrived **18:55** Hrs. |
|---|---|---|---|
| Agency Type **01 - Highway patrol** | Investigation Made at Scene? **01 - Yes** | Photos Taken? **N** | Date Approved **02/05/2019** |
| **Approval Officer** | Last Name **WOSJE** | First Name **MATT** | Middle Name |

Exhibit 1-6