| STATE OF SOUTH DAKOTA INVESTIGATOR'S MOTOR VEHICLE TRAFFIC ACCIDENT REPORT | | Mail to: Office of Accident Records, 118 W. Capitol Ave., Pierre, SD 57501 | |
|---|---|---|---|
| | | TraCS ID: **153366-099** | TraCS Sequence: **1902050021** |
| Form DPS - AR1 12/12/2014 | | Agency Use | Report Type |
| Is this only a Wild Animal Hit Report? | Agency Name **SD HIGHWAY PATROL** | Date of Accident **02/01/2019** | Time of Accident **18:55 Hrs.** |
| Reporting Officer Last Name **SIEVE** | Reporting Officer First Name **LUCAS** | Reporting Officer Middle Name | Reporting Officer # **099-153366** |

**LOCATION**

| Location Description **ON I 90 E 0.22 MILES WEST OF I 90 E1** | | | |
|---|---|---|---|
| Latitude **43.605644** | | Longitude **-96.701745** | |
| County **50** | County Name **50 - MINNEHAHA** | City or Rural **1225 - Sioux Falls** | Roadway Surface Condition **03 - Snow** |
| On Road, Street, or Highway **I 90 E** | | | Roadway Surface Type **01 - Concrete** |
| At Intersection with | | | Roadway Align/Grade **01 - Straight and level** |
| Distance **0.4567** | Units **Miles/Tenths** | Direction of **East** | MRM (milepost) **399.56** | Relation to Junction **05 - Intersection related** |
| Distance | Units | Direction and | Distance | Units | Direction of |
| Junction or Intersecting Street | | Name of Junction, Road, Street, or Highway | |

Exhibit 1-1

| U N I T | Unit Type **01 - Motor vehicle in transport with driver** | | | Hit and Run **02 - No** | |
|---|---|---|---|---|---|
| | Driver's Name - Last **HOPKINS** | | First **NICHOLAS** | Middle **JEROME** | |
| | Address **13 PLUM PL** | | Address (Line 2) | | |
| | City **SCRANTON** | State **PA** | Zip **18509** | Date of Birth **02/25/1959** | Sex **1 - Male** |
| | | | Non - Motorist Location **96 - Not Applicable** | | |
| | Phone **5708801195** | DL State **PA** DL Class **A** | Non - Motorist Action **96 - Not Applicable** | | |
| | DL Status **01 - Normal within restrictions** | | Non - Motorist Contributing Circumstances (Up to Two) **96 - Not Applicable** | | |
| | Driver Contributing Circumstances (Up to Two) **01 - Failed to yield to vehicle** | | Drug Use **00 - None used** | Drug Test **02 - Test not given** | |
| | Vision Contributing Circumstance **01 - Weather condition** | | Alcohol Use **00 - None used** | Alcohol Test **91 - Test not given** | |
| | Injury Status **05 - No injury** | | Ejection **00 - Not ejected** | | |
| | Saftey Equipment **03 - Lap belt and shoulder harness used** | | Citation Charge? **01 - Yes** | | |
| | | | Citation #1 **32-26-6 - LANE DRIVING REQUIRED / ILLEGAL LANE CHANGE** | | |
| | Seating Position **01 - Operator** | | | | |
| | Air Bag Deployed **00 - Not deployed** | | Citation #2 | | |
| | Transported To | | Citation #3 | | |
| | Source of Transport **00 - Not Transported** | | Citation #4 | | |
| | Is Driver the Owner **No** | | | | |
| **001** | Owner's Name - Last **LLC** | | First **TEAM** | Middle **BIONDI** | |
| | Address **248 EASTON TURNPIKE LAKE** | | Address (Line 2) | | |
| | City **ARIEL** | State **PA** | Zip **18436** | Red Tag **A502086** | |
| | Year **2020** | Make **Kenworth - KEWT** | Model **TT** | VIN **1XKYDP9X2GJ115451** | |
| | License Plate # **AG48074** | State **PA** | Year **2019** | Estimated Travel Speed **70** | Speed - How Estimated? **02 - Driver Statement** |
| | Speed Limit **65** | Total Occupants **1** | | Damage Extent **01 - Minor Damage** | Vehicle Towed **02 - No** |
| | Damage Amount (Vehicle and Contents) **200** | | Insurance Co. Name **21962 - PENNSYLVANIA INSURANCE COMPANY** | | |
| | Insurance Policy # **40088** | | | Effective Date **04/13/2018** | Expiration Date **04/13/2019** |
| | Emergency Vehicle Use? **02 - No** | | Vehicle Configuration **21 - Tractor/semi-trailer** | | |
| | Trailer Type **01 - Semi-trailer/double/triple** | | Cargo Body Type | | |
| | Direction of Travel Before Crash **03 - Eastbound** | | Trailer LP # Attached to Power Unit **PT074A4** | State **PA** | Year **2019** |
| | Initial Point of Impact **01 - Position 1** | Most Damaged Area **01 - Position 1** | Trailer 2 License Plate # | State | Year |
| | Underride/Override **00 - No underride or override** | | Trailer 3 License Plate # | State | Year |

Exhibit 1-2

| | |
|---|---|
| Traffic Control Device Type  **00 - No controls** | Vehicle Contributing Circumstance  **00 - None** |
| Vehicle Maneuver  **01 - Straight ahead** | Road Contributing Circumstance  **00 - None** |
| First Event  **25 - Motor vehicle in transport** | Second Event |
| Third Event | Fourth Event |
| Most Harmful Event for this Vehicle  **25 - Motor vehicle in transport** | |
| ? Does the accident involve one or more of the following:<br><br>• a truck having a GCWR of 10,001 or more pounds; OR<br>• a vehicle displaying a hazardous material placard; OR<br>• a vehicle designed to transport 9 or more people, including driver | Did the accident result in one or more of the following:<br><br>• a fatality; OR<br>• an injury requiring transportation for immediate medical attention; OR<br>• a vehicle was disabled requiring a towaway from the scene |
| Accident Involved Vehicle - Purpose | Carrier Name |
| Street Address | Street Address (Line 2) |

| City | State | Zip | US DOT # **98** | GVWR | GCWR |
|---|---|---|---|---|---|
| Hazardous Material Released? | Hazardous Material Content Code | Hazardious Material Class Code | | Hazardous Materials Description | |

**Exhibit 1-3**

| STATE OF SOUTH DAKOTA INVESTIGATOR'S MOTOR VEHICLE TRAFFIC ACCIDENT REPORT | | Mail to: Office of Accident Records, 118 W. Capitol Ave., Pierre, SD 57501 | |
|---|---|---|---|
| | | TraCS ID: **153366-099** | TraCS Sequence: **1902050021** |
| Form DPS - AR1 12/12/2014 | | Agency Use | Report Type |
| Is this only a Wild Animal Hit Report? | Agency Name **SD HIGHWAY PATROL** | Date of Accident **02/01/2019** | Time of Accident **18:55 Hrs.** |
| Reporting Officer Last Name **SIEVE** | Reporting Officer First Name **LUCAS** | Reporting Officer Middle Name | Reporting Officer # **099-153366** |

| L O C A T I O N | Location Description **ON I 90 E 0.22 MILES WEST OF I 90 E1** | | | |
|---|---|---|---|---|
| | Latitude **43.605644** | | Longitude **-96.701745** | |
| | County **50** | County Name **50 - MINNEHAHA** | City or Rural **1225 - Sioux Falls** | Roadway Surface Condition **03 - Snow** |
| | On Road, Street, or Highway **I 90 E** | | | Roadway Surface Type **01 - Concrete** |
| | At Intersection with | | | Roadway Align/Grade **01 - Straight and level** |
| | Distance **0.4567** | Units **Miles/Tenths** | Direction of **East** | MRM (milepost) **399.56** | Relation to Junction **05 - Intersection related** |
| | Distance | Units | Direction and | Distance | Units | Direction of |
| | Junction or Intersecting Street | | | Name of Junction, Road, Street, or Highway |

ν

**Exhibit 1-1**

| UNIT 001 | | | |
|---|---|---|---|
| Unit Type **01 - Motor vehicle in transport with driver** | | | Hit and Run **02 - No** |
| Driver's Name - Last **HOPKINS** | First **NICHOLAS** | | Middle **JEROME** |
| Address **13 PLUM PL** | | Address (Line 2) | |
| City **SCRANTON** | State **PA** | Zip **18509** | Date of Birth **02/25/1959** | Sex **1 - Male** |
| | | Non - Motorist Location **96 - Not Applicable** | |
| Phone **5708801195** | DL State **PA** | DL Class **A** | Non - Motorist Action **96 - Not Applicable** |
| DL Status **01 - Normal within restrictions** | | Non - Motorist Contributing Circumstances (Up to Two) **96 - Not Applicable** | |
| Driver Contributing Circumstances (Up to Two) **01 - Failed to yield to vehicle** | | Drug Use **00 - None used** | Drug Test **02 - Test not given** |
| Vision Contributing Circumstance **01 - Weather condition** | | Alcohol Use **00 - None used** | Alcohol Test **91 - Test not given** |
| Injury Status **05 - No injury** | | Ejection **00 - Not ejected** | |
| Saftey Equipment **03 - Lap belt and shoulder harness used** | | Citation Charge? **01 - Yes** | |
| | | Citation #1 **32-26-6 - LANE DRIVING REQUIRED / ILLEGAL LANE CHANGE** | |
| Seating Position **01 - Operator** | | | |
| Air Bag Deployed **00 - Not deployed** | | Citation #2 | |
| Transported To | | Citation #3 | |
| Source of Transport **00 - Not Transported** | | Citation #4 | |
| Is Driver the Owner **No** | | | |
| Owner's Name - Last **LLC** | First **TEAM** | | Middle **BIONDI** |
| Address **248 EASTON TURNPIKE LAKE** | | Address (Line 2) | |
| City **ARIEL** | State **PA** | Zip **18436** | Red Tag **A502086** |
| Year **2020** | Make **Kenworth - KEWT** | Model **TT** | VIN **1XKYDP9X2GJ115451** |
| License Plate # **AG48074** | State **PA** | Year **2019** | Estimated Travel Speed **70** | Speed - How Estimated? **02 - Driver Statement** |
| Speed Limit **65** | Total Occupants **1** | Damage Extent **01 - Minor Damage** | Vehicle Towed **02 - No** |
| Damage Amount (Vehicle and Contents) **200** | | Insurance Co. Name **21962 - PENNSYLVANIA INSURANCE COMPANY** | |
| Insurance Policy # **40088** | | Effective Date **04/13/2018** | Expiration Date **04/13/2019** |
| Emergency Vehicle Use? **02 - No** | | Vehicle Configuration **21 - Tractor/semi-trailer** | |
| Trailer Type **01 - Semi-trailer/double/triple** | | Cargo Body Type | |
| Direction of Travel Before Crash **03 - Eastbound** | | Trailer LP # Attached to Power Unit **PT074A4** | State **PA** | Year **2019** |
| Initial Point of Impact **01 - Position 1** | Most Damaged Area **01 - Position 1** | Trailer 2 License Plate # | State | Year |
| Underride/Override **00 - No underride or override** | | Trailer 3 License Plate # | State | Year |

Exhibit 1-2

| | |
|---|---|
| Traffic Control Device Type  **00 - No controls** | Vehicle Contributing Circumstance  **00 - None** |
| Vehicle Maneuver  **01 - Straight ahead** | Road Contributing Circumstance  **00 - None** |
| First Event  **25 - Motor vehicle in transport** | Second Event |
| Third Event | Fourth Event |
| Most Harmful Event for this Vehicle  **25 - Motor vehicle in transport** | |
| ? Does the accident involve one or more of the following:<br><br>• a truck having a GCWR of 10,001 or more pounds; OR<br>• a vehicle displaying a hazardous material placard; OR<br>• a vehicle designed to transport 9 or more people, including driver | ▢ Did the accident result in one or more of the following:<br><br>• a fatality; OR<br>• an injury requiring transportation for immediate medical attention; OR<br>• a vehicle was disabled requiring a towaway from the scene |
| Accident Involved Vehicle - Purpose | Carrier Name |
| Street Address | Street Address (Line 2) |

| City | State | Zip | US DOT # **98** | GVWR | GCWR |
|---|---|---|---|---|---|
| Hazardous Material Released? | Hazardous Material Content Code | Hazardious Material Class Code | | Hazardous Materials Description | |

**Exhibit 1-3**

| UNIT 002 | | | | |
|---|---|---|---|---|
| Unit Type **01 - Motor vehicle in transport with driver** | | | | Hit and Run **02 - No** |
| Driver's Name - Last **AGETON** | | First **TERI** | Middle **SUZANE** | |
| Address **109 W ALPINE CIR** | | | Address (Line 2) | |
| City **BRANDON** | | State **SD** | Zip **57005** | Date of Birth **11/03/1964** | Sex **2 - Female** |
| | | | Non - Motorist Location **96 - Not Applicable** | |
| Phone **6053102633** | DL State **SD** | DL Class **1** | Non - Motorist Action **96 - Not Applicable** | |
| DL Status **01 - Normal within restrictions** | | | Non - Motorist Contributing Circumstances (Up to Two) **96 - Not Applicable** | |
| Driver Contributing Circumstances (Up to Two) **00 - None** | | | Drug Use **00 - None used** | Drug Test **02 - Test not given** |
| Vision Contributing Circumstance **00 - None** | | | Alcohol Use **00 - None used** | Alcohol Test **91 - Test not given** |
| Injury Status **05 - No injury** | | | Ejection **00 - Not ejected** | |
| Saftey Equipment **03 - Lap belt and shoulder harness used** | | | | |
| | | | Citation Charge? **02 - No** | |
| Seating Position **01 - Operator** | | | Citation #1 | |
| Air Bag Deployed **00 - Not deployed** | | | Citation #2 | |
| Transported To | | | Citation #3 | |
| Source of Transport **00 - Not Transported** | | | Citation #4 | |
| Is Driver the Owner **Yes** | | | | |
| Owner's Name - Last **AGETON** | | First **TERI** | Middle **SUZANE** | |
| Address 109 W ALPINE CIR | | | Address (Line 2) | |
| City **BRANDON** | | State **SD** | Zip **57005** | Red Tag **A502083** |
| Year **1999** | Make **Chevrolet - CHEV** | Model **MONTE CARLO** | VIN **2G1WW12M4X9202993** | |
| License Plate # **1H6794** | | State **SD** | Year **2019** | Estimated Travel Speed | Speed - How Estimated? **05 - No Estimate** |
| Speed Limit **65** | Total Occupants **1** | | Damage Extent **01 - Minor Damage** | Vehicle Towed **02 - No** |
| Damage Amount (Vehicle and Contents) **2000** | | | Insurance Co. Name **25151 - STATE FARM GENERAL INSURANCE COMPANY** | |
| Insurance Policy # **098 2738 A20 41G** | | | Effective Date **01/20/2019** | Expiration Date **07/20/2019** |
| Emergency Vehicle Use? | | | Vehicle Configuration **01 - Passenger car** | |
| Trailer Type **00 - No trailer/attachment** | | | Cargo Body Type **00 - No cargo body** | |
| Direction of Travel Before Crash **03 - Eastbound** | | Trailer LP # Attached to Power Unit | State | Year |
| Initial Point of Impact **08 - Position 8** | Most Damaged Area **08 - Position 8** | Trailer 2 License Plate # | State | Year |
| Underride/Override **00 - No underride or override** | | Trailer 3 License Plate # | State | Year |
| Traffic Control Device Type **00 - No controls** | | | Vehicle Contributing Circumstance **00 - None** | |
| Vehicle Maneuver **01 - Straight ahead** | | | Road Contributing Circumstance **00 - None** | |

Exhibit 1-4

| First Event **25 - Motor vehicle in transport** | Second Event **04 - Ran off road left** | | | |
|---|---|---|---|---|
| Third Event | Fourth Event | | | |
| Most Harmful Event for this Vehicle **25 - Motor vehicle in transport** | | | | |
| Does the accident involve one or more of the following:<br><br>• a truck having a GCWR of 10,001 or more pounds; OR<br>• a vehicle displaying a hazardous material placard; OR<br>• a vehicle designed to transport 9 or more people, including driver | Did the accident result in one or more of the following:<br><br>• a fatality; OR<br>• an injury requiring transportation for immediate medical attention; OR<br>• a vehicle was disabled requiring a towaway from the scene | | | |
| Accident Involved Vehicle - Purpose | Carrier Name | | | |
| Street Address | Street Address (Line 2) | | | |
| City | State | Zip | US DOT # **98** | GVWR | GCWR |
| Hazardous Material Released? | Hazardous Material Content Code | Hazardious Material Class Code | Hazardous Materials Description | |

| Work Zone Related? **02 - No** | First Harmful Event? **25 - Motor vehicle in transport** |
|---|---|
| Workers Present? | Location of First Harmful Event **01 - On roadway** |
| Work Zone **96 - Not Applicable** | |
| Work Zone Location **96 - Not Applicable** | Trafficway Description **03 - Two-way, divided, unprotected (painted >4 feet) median** |
| Manner of Collision **04 - Sideswipe, same direction** | Light Condition **03 - Dark - lighted roadway** |
| School Bus Related? **00 - No** | Weather Conditions (up to two) **05 - Snow** |

| D O | Damaged Object (Property Other Than Vehicles) | | Estimate of Damage |
|---|---|---|---|
| A B | Owner's Full Name - Last | First Name | Middle Name |
| M J | Address | Address (Line 2) | |
| A E<br>G C<br>E T<br>D | City | State | Zip |

| I P | Unit # | Last Name | First Name | Middle Name |
|---|---|---|---|---|
| N E | Address | | Address (Line 2) | |
| J R | City | State | Zip | Date of Birth | Sex |
| U S | Injury Status | | Ejection | |
| R O | Seating Position | | Safety Equipment | |
| E N | Air Bag Deployed | | Source of Transport | |
| D | Transported to | | EMS Trip # | |

**Exhibit 1-5**



**NARRATIVE**

UNIT 1 WAS TRAVELING EASTBOUND ON I 90 NEAR MILE MARKER 399 WHEN IT COLLIDED WITH THE REAR END OF UNIT 2 ON I 90. UNIT 2 CONTINUED INTO THE MEDIAN AND CAME TO A REST.

| W I T N E S S | Last Name | First Name | | Middle Name | |
|---|---|---|---|---|---|
| | Address | | | | |
| | Address (Line 2) | | | | |
| | City | State | Zip | Phone # | |

| Date Notified **02/01/2019** | Time Notified **18:55** Hrs. | Date Arrived **02/01/2019** | Time Arrived **18:55** Hrs. |
|---|---|---|---|
| Agency Type **01 - Highway patrol** | Investigation Made at Scene? **01 - Yes** | Photos Taken? **N** | Date Approved **02/05/2019** |
| **Approval Officer** | Last Name **WOSJE** | First Name **MATT** | Middle Name |

Exhibit 1-6